# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE PENNSYLVANIA EASTERN (READING) DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen Pell | CHAPTER 13 |
| Debtor | BKY. NO. 19-14466 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of CSMC 2017-RPL1 Trust and index same on the master mailing list.

                    Respectfully submitted,
                    **/s/ Rebecca A. Solarz, Esq**
                    Rebecca A Solarz, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322