United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 19-14466-amc
Karen Pell                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 2              Date Rcvd: Aug 01, 2019
                              Form ID: 309I            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2019.
```
db         +Karen Pell,    2838 John St.,    Easton, PA 18045-2536
tr         +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
             Reading, PA 19606-2265
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
ust        +United States Trustee,    Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,
             Philadelphia, PA 19106-2908
14357686   +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14357689   +Brclysbankde,    125 S West St,    Wilmington, DE 19801-5014
14357693   +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14357695   +Citibank,    Citicorp/Centralized Bankruptcy,    Po Box 790334,    St Louis, MO 63179-0334
14357696   +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
             St Louis, MO 63179-0034
14357702   +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14357705   +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
14357706   +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
             Cleveland, OH 44101-4982
14357708   +Raymour & Flanigan,    Attn: Bankruptcy,    Po Box 130,    Liverpool, NY 13088-0130
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: mccrystallaw@gmail.com Aug 02 2019 03:14:57     MICHAEL J. MCCRYSTAL,
             151 Main Street,    Suite A,    Emmaus, PA  18049
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 02 2019 03:15:21
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 02 2019 03:15:34     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14357685   +EDI: AMEREXPR.COM Aug 02 2019 07:03:00     Amex,    Correspondence/Bankruptcy,    Po Box 981540,
             El Paso, TX 79998-1540
14357688    EDI: BANKAMER.COM Aug 02 2019 07:03:00     Bank of America,    Attn: Bankruptcy,    Po Box 982238,
             El Paso, TX 79998
14357690   +EDI: CAPITALONE.COM Aug 02 2019 07:03:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
             Salt Lake City, UT 84130-0285
14357691   +EDI: CHASE.COM Aug 02 2019 07:03:00     Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
             Wilmington, DE 19850-5298
14357697   +EDI: WFNNB.COM Aug 02 2019 07:03:00     Comenity Bank/Bon Ton,    Attn: Bankruptcy,
             Po Box 182125,    Columbus, OH 43218-2125
14357699   +EDI: WFNNB.COM Aug 02 2019 07:03:00     Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
             Po Box 182125,    Columbus, OH 43218-2125
14357700   +EDI: WFNNB.COM Aug 02 2019 07:03:00     ComenityCapital/Boscov,    Attn: Bankruptcy Dept,
             Po Box 182125,    Columbus, OH 43218-2125
14357701   +E-mail/Text: bankruptcy.bnc@ditech.com Aug 02 2019 03:15:10     Ditech,    Attn: Bankruptcy,
             Po Box 6172,    Rapid City, SD 57709-6172
14357703   +E-mail/Text: bk@lendingclub.com Aug 02 2019 03:15:45     LendingClub,    Attn: Bankruptcy,
             71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
14357704   +E-mail/Text: bankruptcy@nbtbank.com Aug 02 2019 03:15:34     NBT Bank,    20 Mohawk St,
             Canajoharie, NY 13317-1144
14357710   +EDI: RMSC.COM Aug 02 2019 07:03:00     SYNCB/Texaco,    Attn: Bankruptcy,    Po Box 965060,
             Orlando, FL 32896-5060
14357709   +E-mail/Text: jennifer.chacon@spservicing.com Aug 02 2019 03:15:50
             Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
             Salt Lake City, UT 84165-0250
14358857   +EDI: RMSC.COM Aug 02 2019 07:03:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
14357711   +EDI: RMSC.COM Aug 02 2019 07:03:00     Synchrony Bank/Lowes,    Attn: Bankruptcy,
             Po Box 965060,    Orlando, FL 32896-5060
14357713   +EDI: RMSC.COM Aug 02 2019 07:03:00     Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,
             Po Box 965060,    Orlando, FL 32896-5060
14357714   +EDI: RMSC.COM Aug 02 2019 07:03:00     Synchrony Bank/TJX,    Attn: Bankruptcy Dept,
             Po Box 965060,    Orlando, FL 32896-5060
14357715   +EDI: RMSC.COM Aug 02 2019 07:03:00     Synchrony/Ashley Furniture Homestore,    Attn: Bankruptcy,
             Po Box 965060,    Orlando, FL 32896-5060
14357716   +EDI: WTRRNBANK.COM Aug 02 2019 07:03:00     Tnb-Visa  (TV) / Target,
             C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,    Minneapolis, MN 55440-9475
14357717   +EDI: WFFC.COM Aug 02 2019 07:03:00     Wells Fargo Bank,    Mac F823f-02f,    Po Box 10438,
             Des Moines, IA 50306-0438
                                                                                               TOTAL: 22
```

```
District/off: 0313-4          User: Keith              Page 2 of 2            Date Rcvd: Aug 01, 2019
                              Form ID: 309I            Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                 Reading, PA 19606-2265
14357687*      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14357692*      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
14357694*      +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14357698*      +Comenity Bank/Bon Ton,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14357707*      +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
14357712*      +Synchrony Bank/Lowes,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Karen  Pell mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    CSMC 2017-RPL1 Trust bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Karen Pell** | | Social Security number or ITIN | **xxx–xx–1270** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | Date case filed for chapter  13 | **7/16/19** |
| Case number: | **19–14466–amc** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                    12/17

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Karen Pell | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2838 John St.<br>Easton, PA 18045 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL J. MCCRYSTAL<br>151 Main Street<br>Suite A<br>Emmaus, PA 18049 | Contact phone (610) 262–7873<br><br>Email: mccrystallaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 8/1/19 |

**For more information, see page 2**

---

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 27, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/26/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/24/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/12/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $300.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/16/19** at **10:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |