United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-14466-amc
Karen Pell                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: BarbaraS          Page 1 of 2          Date Rcvd: Aug 13, 2019
                             Form ID: 152            Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.
```
db              +Karen Pell,    2838 John St.,    Easton, PA 18045-2536
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,    Second Floor,    Reading, PA 19601-4300
14357685        +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14357688       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    Attn: Bankruptcy,    Po Box 982238,
                  El Paso, TX 79998)
14357686        +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14357689        +Brclysbankde,    125 S West St,    Wilmington, DE 19801-5014
14362136        +CSMC 2017-RPL1 Trust,    c/o REBECCA ANN SOLARZ,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
14357691        +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
14357693        +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14357695        +Citibank,    Citicorp/Centralized Bankruptcy,    Po Box 790334,    St Louis, MO 63179-0334
14357696        +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                  St Louis, MO 63179-0034
14369401        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                  c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
14357702        +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14357705        +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
14357706        +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                  Cleveland, OH 44101-4982
14357708        +Raymour & Flanigan,    Attn: Bankruptcy,    Po Box 130,    Liverpool, NY 13088-0130
14357716        +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV    PO Box 9475,
                  Minneapolis, MN 55440-9475
14357717        +Wells Fargo Bank,    Mac F823f-02f,    Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2019 03:14:58
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2019 03:15:22     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:16:16     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14357690        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2019 03:16:20     Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14357697        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2019 03:14:43     Comenity Bank/Bon Ton,
                  Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14357699        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2019 03:14:43
                  Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14357700        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2019 03:14:43     ComenityCapital/Boscov,
                  Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14357701        +E-mail/Text: bankruptcy.bnc@ditech.com Aug 14 2019 03:14:40     Ditech,    Attn: Bankruptcy,
                  Po Box 6172,    Rapid City, SD 57709-6172
14357703        +E-mail/Text: bk@lendingclub.com Aug 14 2019 03:15:33     LendingClub,    Attn: Bankruptcy,
                  71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
14357704        +E-mail/Text: bankruptcy@nbtbank.com Aug 14 2019 03:15:22     NBT Bank,    20 Mohawk St,
                  Canajoharie, NY 13317-1144
14370773        +E-mail/Text: bankruptcy@nbtbank.com Aug 14 2019 03:15:22     NBT Bank, NA,    52 South Broad St.,
                  Norwich, NY 13815-1699
14357710        +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:15:53     SYNCB/Texaco,    Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
14357709        +E-mail/Text: jennifer.chacon@spservicing.com Aug 14 2019 03:15:41
                  Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                  Salt Lake City, UT 84165-0250
14358857        +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:15:53     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14357711        +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:16:16     Synchrony Bank/Lowes,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14357713        +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:16:22     Synchrony Bank/Lowes,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14357714        +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:16:17     Synchrony Bank/TJX,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14357715        +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:15:53
                  Synchrony/Ashley Furniture Homestore,    Attn: Bankruptcy,    Po Box 965060,
                  Orlando, FL 32896-5060
                                                                                               TOTAL: 18
```

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2                   Date Rcvd: Aug 13, 2019
                              Form ID: 152                Total Noticed: 40


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14357687*       +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,   Tampa, FL 33634-2413
14357692*       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
14357694*       +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
14357698*       +Comenity Bank/Bon Ton,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14357707*       +Pnc Bank,   Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                  Cleveland, OH 44101-4982
14357712*       +Synchrony Bank/Lowes,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Karen  Pell mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    CSMC 2017-RPL1 Trust bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Karen Pell
    Debtor(s)

Case No: 19−14466−amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/17/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

12
Form 152