Certificate Number: 13858-PAE-DE-033813265

Bankruptcy Case Number: 19-14466



13858-PAE-DE-033813265

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 10, 2019, at 2:24 o'clock PM EST, Karen Pell completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 10, 2019          By:    /s/Kaitlin Johnson

                                 Name:  Kaitlin Johnson

                                 Title: Counselor