# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re  Karen Pell | Case No. | 19-14466 |
| Debtor(s) | Chapter | 13 |

## PROOF OF SERVICE BY MAIL

I, **Michael J. McCrystal, Esquire**, declare that I am a resident of or employed in the County of **Lehigh** State of **Pennsylvania** My address is **151 Main Street, STE A, Emmaus, PA 18049**. I am over the age of eighteen years of age and am not a party to this case.

On **May 18, 2020**, I served the Second Amended Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Bank Of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Bank Of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Bank of America
Attn: Bankruptcy
Po Box 982238
El Paso, TX 79998

Brclysbankde
125 S West St
Wilmington, DE 19801

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Citibank
Citicorp/Centralized Bankruptcy
Po Box 790334
St Louis, MO 63179

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Comenity Bank/Bon Ton
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Bon Ton
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

ComenityCapital/Boscov
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Ditech
Attn: Bankruptcy
Po Box 6172
Rapid City, SD 57709

Kohls/Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

LendingClub
Attn: Bankruptcy
71 Stevenson St, Ste 1000
San Francisco, CA 94105

NBT Bank
20 Mohawk St
Canajoharie, NY 13317

Nissan Motor Acceptanc
Po Box 660360
Dallas, TX 75266

Pnc Bank
Atn: Bankruptcy Department
Po Box 94982: Ms: Br-Yb58-01-5
Cleveland, OH 44101

Pnc Bank
Atn: Bankruptcy Department
Po Box 94982: Ms: Br-Yb58-01-5
Cleveland, OH 44101

Raymour & Flanigan
Attn: Bankruptcy
Po Box 130
Liverpool, NY 13088

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

SYNCB/Texaco
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/TJX
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony/Ashley Furniture Homestore
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Tnb-Visa (TV) / Target
C/O Financial & Retail Services
Mailstop BV   PO Box 9475
Minneapolis, MN 55440

Wells Fargo Bank
Mac F823f-02f
Po Box 10438
Des Moines, IA 50306

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **May 18, 2020**.

_____
Signature