```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-14466-pmm
Karen Pell                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: Antoinett           Page 1 of 1           Date Rcvd: Jul 29, 2020
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.
db            +Karen Pell,    2838 John St.,    Easton, PA 18045-2536

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Karen  Pell mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    CSMC 2017-RPL1 Trust bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: KAREN PELL                  :       Chapter 13

       Debtor                       :       Bankruptcy No. 19-14466-PMM

### CONSENT ORDER REGARDING DEBTOR'S COLLECTION CLAIM

The undersigned agree on this date, July 28, 2020 to the following:

1. Debtor has a landlord/tenant judgment for $12,000.00 against her prior tenant, Mr. Elliot, which is an asset of the bankruptcy estate.

2. Debtor intends to record the judgment with the Court of Common Pleas in Northampton County, and if possible, seek a wage garnishment against the former tenant.

3. Debtor, by and through her Counsel, agrees that should she be successful in collecting the judgment, she will file a Motion to Modify Plan Post Confirmation, to increase plan payments and plan funding, to reflect funds collected/to be collected.

4. The terms of this Consent Order shall supersede any conflicting terms of any future confirmed Chapter 13 Plan.

5. The parties hereto request the Court enter this agreement as a Consent Order.

                                                                 Michael J. McCrystal, Esquire

By: *[signature]*

                                                                 Bankruptcy attorney for Debtor

**Office of Standing Chapter 13 Trustee**

By:     */s/ Scott F. Waterman*
          Scott F. Waterman, Esquire
          2901 St. Lawrence Ave., Ste 100
          Reading, PA 19606
          (610) 779-1313 (Phone)
          **Chapter 13 Trustee**

IT IS SO ORDERED:

Dated: **July 29, 2020**

*Patricia M. Mayer*

Patricia M. Mayer,
United States Bankruptcy Court